UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
|  | ) | No. 4:08CR232(JCH) |
| TIMOTHY HANSEN, | ) | |
| Defendant. | ) | |

**ORDER**

**IT IS HEREBY ORDERED** that this case is set for trial on **May 9, 2011**, in the courtroom of the undersigned at 9 a.m.

Dated this 16th day of March, 2011

                                                \s\ Jean C. Hamilton
                                    UNITED STATES DISTRICT JUDGE